**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

**TAMMERA SMITH,**

    **Petitioner,**

**vs.**                                                               **4:12cv654-WS/CAS**

**KENNETH TUCKER,**

    **Respondent.**

_____/

**REPORT AND RECOMMENDATION**

This cause is before the court upon Petitioner's petition for writ of habeas corpus pursuant to 28 U.S.C. §2254.  Doc. 1.  Petitioner has failed to pay the filing fee or file a motion for leave to proceed in forma pauperis.

The district of conviction and the district of confinement have concurrent jurisdiction to hear this § 2254 petition.  28 U.S.C. § 2241(d).  Petitioner is currently incarcerated at Gadsden Correctional Institution, but shows in her petition that she was convicted in Hamilton County, Florida, which is in the Middle District of Florida, Jacksonville Division.  The district of conviction would appear to be the most convenient forum to entertain the petition since it challenges the execution rather than imposition of

sentence.  *See* Parker v. Singletary, 974 F.2d 1562, 1582 and n. 118 (11th Cir. 1992) (courts should give careful consideration to the convenience of witnesses in transferring habeas corpus petitions under § 2241(d)).

It is therefore respectfully **RECOMMENDED** that this case be **TRANSFERRED** to the United States District Court for the Middle District of Florida for all further proceedings.

**DONE AND ORDERED** on January 3, 2013.


 S/   Charles A. Stampelos
**CHARLES A. STAMPELOS**
**UNITED STATES MAGISTRATE JUDGE**